1  KAREN P. HEWITT
   United States Attorney
2  Rebecca Kanter
   Assistant U.S. Attorney
3  California State Bar No. 230257
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6747 / Fax: (619) 235-2757
   Email: Rebecca .Kanter@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   Criminal Case No. 08cr2030-L
                                         )
12                      Plaintiff,       )
                                         )   NOTICE OF APPEARANCE
13            v.                         )
                                         )
14  MARIO OCHOA-LOPEZ                     )
                                         )
15                      Defendant.       )
                                         )
16

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24  activity in this case:

25      Name (If none, enter "None" below)

26      None.

27  //

28  //

1    |    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    |    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    |    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    |    association):

5    |    <u>Name</u> (If none, enter "None" below)

6    |    None.

7    |    Please call me if you have any questions about this notice.

8    |    DATED: June 24, 2008

9    |                                                    Respectfully submitted,

10    |                                                   KAREN P. HEWITT
     |                                                   United States Attorney

11    |                                                   /s/ *Rebecca S. Kanter*
     |                                                   REBECCA S. KANTER

12    |                                                   Assistant United States Attorney
     |                                                   Attorneys for Plaintiff

13    |                                                   United States of America
     |                                                   Email: Rebecca.Kanter@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    |                                                   2

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )          Criminal Case No. 08cr2030-L
                                        )
10                Plaintiff,            )
                                        )
11        v.                            )
                                        )          CERTIFICATE OF SERVICE
12  MARIO OCHOA-LOPEZ                    )
                                        )
13                Defendant.            )
                                        )

14  IT IS HEREBY CERTIFIED THAT:

15      I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years
16  of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

17      I am not a party to the above-entitled action.  I have caused service of **NOTICE OF
    APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of
18  the District Court using its ECF System, which electronically notifies them.

19      1.  Ricardo Gonzalez

20      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal
    Service, to the following non-ECF participants on this case:
21

22      N/A

23
    the last known address, at which place there is delivery service of mail from the United States
24  Postal Service.

25      I declare under penalty of perjury that the foregoing is true and correct.

26

27      Executed on June 24, 2008            /s/ *Rebecca S. Kanter*
                                             REBECCA S. KANTER
28                                           Assistant U.S. Attorney